**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: Sept. 22, 2011  
START: 12:00 p.m.  
END: 12:25 pm.

DOCKET NO: 11-CV-2738 (JBW)

CASE: Chisolm v. City of New York et al.

✓ INITIALCONFERENCE  
___ DISCOVERY CONFERENCE  
___ SETTLEMENT CONFERENCE  
___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Christopher Wright

FOR DEFENDANT: Dustin Mansoor  
Noreen Stackhouse

FACT DISCOVERY TO BE COMPLETED BY 3/22/11

✓ NEXT settlement CONFERENCE SCHEDULED FOR 1/6/12 10:00 Am

___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

___ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Automatic disclosure shall be completed by 9/23/11.

Pleadings may be amended and new parties added until 10/24/11.